### Same *v.* Same.

#### Motion to quash a Fee Bill.

A judgment rendered in the Circuit Court against a surety in a recognizance was reversed in the Supreme Court and not remanded. The Clerk of the latter Court issued a fee bill for his costs, and, among other items, a fee was charged for making a copy of the judgment, for the certificate and seal: *Held,* that as, under the circumstances of the case, it did not follow that the Opinion was to be copied and certified to the Circuit Court, the surety was not bound to pay for such copy and certificate, unless he require them to be made.

A plaintiff in error, in a cause where the People are defendants in error, who succeeds in reversing the judgment against him, is only responsible for the costs made by him in the prosecution of the writ of error.

MOTION to quash a fee bill issued for the costs of the Clerk of the Supreme Court, in the foregoing cause. The

motion was made by the plaintiff in error, who had succeeded in the prosecution of his writ. The items of the entire bill are embodied in the Opinion of the Court. The fee bill was quashed and a re-taxation of the costs ordered.

*M. McConnell,* for the plaintiff in error.

*D. B. Campbell,* Attorney General, for the People.

The Opinion of the Court was delivered by

TREAT, J.* A judgment was rendered in the Circuit Court against Sans on a recognizance for the appearance of one Jordan to answer to a criminal charge. On a writ of error the judgment was reversed. The clerk of this Court has taxed the following items of costs against Sans and issued a fee bill for the collection thereof:

No. 1. Filing transcript 20 cents, docketing cause 12½ cents, 32½

No. 2. Writ of error made supersedeas 1·00, filing same 6¼, 1·06¼

No. 3. Scire facias and seal 1·00, filing 6¼, 1·06¼

No. 4. Supersedeas and seal 1·00, filing same 6¼, 1·06¼

No. 5. Filing assignment of errors 6¼, 6¼

No. 6. Entering joinder in error 25, filing joinder in error 6¼, 31¼

No. 7. Filing abstracts, 10 copies, 62½; making copies thereof, 60 folio, 9·62½

No. 8. Entering argument 25, entering submission 25, order taking time 25, 75

No. 9. Entering judgment and opinion, 60 folio, 10·80

No. 10. Making copy thereof 9·00, certificate and seal 50, 9·50

No. 11. Making fee bill 37½, making copy thereof 25, cert. and seal 50, 1·12½

No. 12. Entering sheriff's return 25, entering satisfaction 25, postage 20, 70

A motion is now made by Sans to quash the fee bill, on

---

*DENNING, J. did not hear the motion, &c.

the ground that he is not liable for the payment of the costs charged. According to the decision of this Court in the case of *Carpenter* v. *The People*, he is responsible for all the costs made by him in the prosecution of the writ of error. The Court is of the opinion that all of the charges in the fee bill, but the sixth and tenth items, are properly taxable against Sans. The services contained in the sixth charge were performed on the part of the People, and Sans is not bound to pay for them. The tenth item is not taxable against Sans unless he require the clerk to perform the services. The cause was not remanded, and it does not follow that the opinion of this Court is to be copied and certified to the Circuit Court. If Sans require this to be done, he will then be bound to pay for it. The eleventh and twelfth items are properly included in the bill of costs, but are not to be collected unless the services are actually rendered.

The fee bill will be quashed, and a re-taxation of the costs ordered.

*Fee bill quashed.*